DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
(916) 498-5700

Attorney for Defendant
LARRY ABEYTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,        )<br>                              )<br>     v.                       )<br>                              )<br> LARRY ABEYTA,                )<br>                              )<br>            Defendant.        )<br> _____ ) | NO. CR.S-11-036-WBS<br><br>**STIPULATION AND [PROPOSED] ORDER;<br>   CONTINUING STATUS CONFERENCE<br>        AND EXCLUDING TIME**<br><br>Date:  March 28, 2011<br>Time:  8:30 a.m.<br>Judge: Hon. William B. Shubb |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for LARRY ABEYTA, that the status conference hearing date of March 7, 2011 be vacated, and the matter be set for status conference on March 28, 2011 at 8:30 a.m.

    The reason for this continuance is to allow defense counsel additional time to review the discovery, consult with her client, examine possible defenses, and continue investigating the facts of the case.

   Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of

1  this order through and including March 28, 2011 pursuant to 18 U.S.C.
2  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code
3  T4 based upon continuity of counsel and defense preparation.

4
5  DATED:   March 9, 2011.              Respectfully submitted,

                                        DANIEL J. BRODERICK
6                                       Federal Public Defender

7

8                                       /s/ Courtney Fein
                                        COURTNEY FEIN
9                                       Designated Counsel for Service
                                        Attorney for LARRY ABEYTA
10

11 DATED:   March 9, 2011.              BENJAMIN WAGNER
                                        United States Attorney
12

13
                                        /s/ William Wong
14                                      WILLIAM WONG
                                        Assistant U.S. Attorney
15                                      Attorney for Plaintiff

16

17

18                                   ORDER

19     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
20 ordered that the March 7, 2011,  status conference hearing be continued
21 to March 28, 2011, at 8:30 a.m.  Based on the representation of defense
22 counsel and good cause appearing therefrom, the Court hereby finds that
23 the failure to grant a continuance in this case would deny defense
24 counsel reasonable time necessary for effective preparation, taking
25 into account the exercise of due diligence.  The Court finds that the
26 ends of justice to be served by granting a continuance outweigh the
27 best interests of the public and the defendant in a speedy trial.  It
28 is ordered that time up to and including the March 28, 2011 status

conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   March 9, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE