```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  COURTNEY FEIN, Bar #244785
    Designated Counsel for Service
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  (916) 498-5700

 5  Attorney for Defendant
    LARRY ABEYTA
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-11-036-WBS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND PERMITTING** |
| | ) | **TEMPORARY RELEASE TO ATTEND A** |
| v. | ) | **FAMILY MEMBER FUNERAL** |
| | ) | |
| LARRY ABEYTA, | ) | |
| | ) | |
| Defendant. | ) | Judge: Hon. Carolyn K. Delaney |
| _____ | ) | |

   Defendant LARRY ABEYTA, by and through his counsel, COURTNEY FEIN, Assistant Federal Defender and the United States Government, by and through its counsel, WILLIAM S. WONG, Assistant United States Attorney, hereby stipulate to the following:

   It has been agreed by all parties to release Mr. Abeyta from custody to attend his Uncle Felix Rodriguez's funeral to be held  at 10:30 a.m. at Truth & Life Fellowship 5650 Power Inn Rd Sacramento, CA 95824, 916.383.4587.

   Mr. Abeyta is to be released to the custody of Federal Defender, Investigator, Henry Hawkins, and Federal Defender Investigator, Juan Doig, who will pick up Mr. Abeyta at the Sacramento County Jail, Sacramento, California at 10:00 a.m. on  October 28, 2011.  Mr.

1  / / /
2  / / /
3  / / /
4  Abeyta will be in our Investigators' custody during the 4 ½ hour
5  duration and will return back to the jail on or before 2:30 p.m. on that
6  date.

7

8  DATED: October 21, 2011.                       Respectfully submitted,
9                                                 DANIEL J. BRODERICK
                                                  Federal Public Defender
10

11
                                                  /s/ Courtney Fein
12                                                COURTNEY FEIN
                                                  Designated Counsel for Service
13                                                Attorney for LARRY ABEYTA

14
   DATED: October 21, 2011.                       BENJAMIN WAGNER
15                                                United States Attorney

16

17                                                /s/ William Wong
                                                  WILLIAM WONG
18                                                Assistant U.S. Attorney
                                                  Attorney for Plaintiff
19

20

21
                                   ORDER
22
       IT IS SO ORDERED.
23
   Dated: October 21, 2011
24

25

26
                                          _____
27
                                          KENDALL J. NEWMAN
28                                        UNITED STATES MAGISTRATE JUDGE

2