UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

MAY 07 2012

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S-11-0036-01 WBS |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| LARRY GENE JOSE ABEYTA, ) | |
| T/N: LARRY GENE JOSE ABEYTA, JR., ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release **LARRY GENE JOSE ABEYTA, JR.** Case CR S-11-0036-01 WBS from custody for the following reasons:

__   Release on Personal Recognizance

__   Bail Posted in the Sum of _____

__   Unsecured bond

__   Appearance Bond with 10% Deposit

__   Appearance Bond secured by Real Property

__   Corporate Surety Bail Bond

**X**   **(Other)** **Defendant is ordered released to the custody of the probation officer, to be delivered to the Residential Reentry Center (RRC) no later than May 14, 2012.**

Issued at Sacramento, CA on May 7, 2012 at 2:00 p.m.

By _____
William B. Shubb,
United States District Judge

Orig. & Copy: USM
Copy to Docketing